ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2019 APR -9 PM 3: 00

DEPUTY CLERK

Peter Strojnik
7847 N. Central Avenue
Phoenix, Arizona 85020
Telephone: (602) 524-6602
ps@strojnik.com

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**Dallas Division**

**CASE NO.:**

**319 - CV0870 - S**

Peter Strojnik

                                        Plaintiff,

                vs.

Extel Development Company dba Four
Seasons Hotel Dallas
                                        Defendant.

**COMPLAINT**

1. Plaintiff brings this action pursuant to the (1) Americans with Disabilities Act, 42 U.S.C. §12101 *et seq.* and corresponding regulations, 28 CFR Part 36 and Department of Justice Standards for Accessible Design ("ADAAG"), and (2) common law of negligence per se.

**PARTIES**

2. Plaintiff Peter Strojnik is a veteran and a disabled person as defined by the ADA.

3. Plaintiff is a single man currently residing in Maricopa County, Arizona. Plaintiff is and, at all times relevant hereto has been, legally disabled by virtue of a severe right-sided neural foraminal stenosis with symptoms of femoral neuropathy, prostate cancer and renal cancer, degenerative right knee and arthritis and is therefore a member of a protected class under the ADA.

4. Plaintiff suffers from physical impairments described above which impairments substantially limit his major life activities. Plaintiff walks with difficulty and pain and requires compliant mobility accessible features at places of public accommodation. Plaintiff's impairment is constant, but the degree of pain is episodic ranging from dull and numbing pain to extreme and excruciating agony.

5. Plaintiff is retired and likes to spend his retirement years traveling the United States.

6. Defendant, owns, operates leases or leases to a lodging business ("Hotel") located at 4150 N. MacArthur Blvd., Dallas, TX 75038 which is a public accommodation pursuant to 42 U.S.C. § 12181(7)(A).

## JURISDICTION

7. District Court has jurisdiction over this case or controversy by virtue of 28 U.S.C. §§ 28-1331 and 42 U.S.C. § 12188 and 28 U.S.C. § 1367.

8. Plaintiff brings this action as a private attorney general who has been personally subjected to discrimination on the basis of his disability, *see* 42 U.S.C. §12188 and 28 CFR §36.501.

9. This Court has continuing subject matter jurisdiction by virtue of, *inter alia,* Plaintiff's claim for equitable nominal damages.

10. Venue is proper pursuant to 28 U.S.C. § 1391.

11. The ADAAG violations in this Verified Complaint relate to barriers to Plaintiffs mobility. This impairs Plaintiff's full and equal access to the Hotel which, in turn, constitutes discrimination satisfying the "injury in fact" requirement of Article III of the United States Constitution.

12. Plaintiff is deterred from visiting the Hotel based on Plaintiff's knowledge that the Hotel is not ADA or State Law compliant as such compliance relates to Plaintiff's disability.

13. Plaintiff intends to visit Defendant's Hotel at a specific time when the Defendant's noncompliant Hotel becomes fully compliant with ADAAG; just as a disabled individual who intends to return to a noncompliant facility suffers an imminent injury from the facility's existing or imminently threatened noncompliance with the ADA, a

plaintiff who is deterred from patronizing a hotel suffers the ongoing actual injury of lack of access to the Hotel.

### COUNT ONE
### Violation of Plaintiff's Civil Rights under the ADA

14. Plaintiff realleges all allegations heretofore set forth.

15. By virtue of his disability, Plaintiff requires an ADA compliant lodging facility particularly applicable to his mobility, both ambulatory and wheelchair assisted.

16. Plaintiff intended to visit Dallas, Texas for a visit between February 20 -22, 2019 therefore, reviewed vacation booking websites as documented in Addendum A which is by this reference incorporated herein for all purposes.

17. Plaintiff consulted booking websites and noted that the booking websites failed to identify and describe mobility related accessibility features and guest rooms offered through its reservations service in enough detail to reasonably permit Plaintiff to assess independently whether Defendant's Hotel meets his accessibility needs as more fully documented in Addendum A.

18. Defendant has violated the ADA by denying Plaintiff equal access to its public accommodation on the basis of his disability as outlined above and as outlined in Addendum A.

19. The ADA violations described in Addendum A relate to Plaintiff's disability and interfere with Plaintiff's full and complete enjoyment of the Hotel.

20. As a result of the deficiencies described above, Plaintiff declined to book a room at Defendant's Hotel.

21. The removal of accessibility barriers listed above is readily achievable.

22. As a direct and proximate result of ADA Violations, Defendant's failure to remove accessibility barriers prevented Plaintiff from equal access to the Defendant's public accommodation.

**WHEREFORE,** Plaintiff prays for all relief as follows:

    A. Relief described in 42 U.S.C. §2000a – 3; and

    B. Relief described in 42 U.S.C. § 12188(a) and (b) and, particularly -

C.  Injunctive relief order to alter Defendant's place of public accommodation to make it readily accessible to and usable by ALL individuals with disabilities; and

D.  Requiring the provision of an auxiliary aid or service, modification of a policy, or provision of alternative methods, to the extent required by Subchapter III of the ADA; and

E.  Equitable nominal damages; and

F.  For costs, expenses and attorney's fees; and

G.  All remedies provided for in 28 C.F.R. 36.501(a) and (b).

**COUNT TWO**
Negligence

23. Plaintiff realleges all allegations heretofore set forth.

24. Defendant had a duty to Plaintiff to remove ADA accessibility barriers so that Plaintiff as a disabled individual would have full and equal access to the public accommodation.

25. Defendant breached this duty.

26. Defendant is or should be aware that, historically, society has tended to isolate and segregate individuals with disabilities, and, despite some improvements, such forms of discrimination against individuals with disabilities continue to be a serious and pervasive social problem[1].

27. Defendant knowingly and intentionally participated in this historical discrimination against Plaintiff, causing Plaintiff damage.

28. Discrimination against individuals with disabilities persists in the use and enjoyment of critical public accommodations[2].

29. Defendant's knowing and intentional persistence in discrimination against Plaintiff is alleged, causing Plaintiff damage.

30. Individuals with disabilities, including Plaintiff, continually encounter various forms of discrimination, including outright intentional exclusion, the discriminatory effects

---

[1] 42 U.S.C. § 12101(a)(2)
[2] 42 U.S.C. §12101(a)(3)

of architectural, overprotective rules and policies, failure to make modifications to existing facilities and practices, exclusionary qualification standards and criteria, segregation, and relegation to lesser services, programs, activities, benefits, jobs, or other opportunities[3].

31. Defendant's knowing and intentional discrimination against Plaintiff reinforces above forms of discrimination, causing Plaintiff damage.

32. Census data, national polls, and other studies have documented that people with disabilities, as a group, occupy an inferior status in our society, and are severely disadvantaged socially, vocationally, economically, and educationally[4].

33. Defendant's knowing and intentional discrimination has relegated Plaintiff to an inferior status in society, causing Plaintiff damage.

34. The Nation's proper goals regarding individuals with disabilities are to assure equality of opportunity, full participation, independent living, and economic self-sufficiency for such individuals[5].

35. Defendant's knowing, and intentional discrimination has worked counter to our Nation's goals of equality, causing Plaintiff damage.

36. Continued existence of unfair and unnecessary discrimination and prejudice denies people with disabilities the opportunity to compete on an equal basis and to pursue those opportunities for which our free society is justifiably famous, and costs the United States billions of dollars in unnecessary expenses resulting from dependency and nonproductivity[6].

37. Defendant's knowing and intentional unfair and unnecessary discrimination against Plaintiff demonstrates Defendant's knowing and intentional damage to Plaintiff.

38. Defendant's breach of duty caused Plaintiff damages including, without limitation, the feeling of segregation, discrimination, relegation to second class citizen status the pain, suffering and emotional damages inherent to discrimination and segregation and other damages to be proven at trial.

---

[3] 42 U.S.C. §12101(a)(5)
[4] 42 U.S.C. §12101(a)(6)
[5] 42 U.S.C. §12101(a)(7)
[6] 42 U.S.C. §12101(a)(8)

39. By violating Plaintiff's civil rights, Defendant engaged in intentional, aggravated and outrageous conduct.

40. The ADA has been the law of the land since 1991, but Defendant engaged in a conscious action of a reprehensible character, that is, Defendant denied Plaintiff his civil rights, and cause him damage by virtue of segregation, discrimination, relegation to second class citizen status the pain, suffering and emotional damages inherent to discrimination and segregation and other damages to be proven at trial

41. Defendant either intended to cause injury to Plaintiff or defendant consciously pursued a course of conduct knowing that it created a substantial risk of significant harm to Plaintiff.

42. Defendant is liable to Plaintiff for punitive damages in an amount to be proven at trial sufficient, however, to deter this Defendant and others similarly situated from pursuing similar acts.

**WHEREFORE,** Plaintiff prays for relief as follows:

    A. For finding of negligence; and

    B. For damages in an amount to be proven at trial; and

    C. For punitive damages to be proven at trial; and

    D. For such other and further relief as the Court may deem just and proper.

**REQUEST FOR TRIAL BY JURY**

Plaintiff respectfully requests a trial by jury in issues triable by a jury.

DATED this **2019-04-03**

PETER STROJNIK

Plaintiff

1

# ADDENDUM A

2

3

## ADA VIOLATIONS
## 3RD PARTY BOOKING WEBSITE - HOTELS.COM

4

5

**Four Seasons Hotel Dallas**

🗨 Loved by guests

6

4150 N Macarthur Blvd, Irving, TX, 75038, United States, 866-573-4235

7

**5-star hotels**

**Superb 9.0**
70 Hotels.com guest reviews

8

◉ Las Colinas
◉ 11 miles to City center
◉ 5.3 miles to Dallas-Fort Worth International Airport (DFW)

⊙⊙ ⊙⊙⊙⊙⊙
1,760 reviews

9

☾ Collect nights

10

## Identification.

11



12

**Main amenities**

13

✔ 431 smoke-free guestrooms
✔ Golf course
✔ 3 restaurants
✔ Full-service spa
✔ Indoor pool and 2 outdoor pools
✔ Breakfast available
✔ Free WiFi

✔ 4 indoor and 8 outdoor tennis courts
✔ Valet parking
✔ Conference center
✔ Limo/town car service
✔ Childcare
✔ 24-hour front desk

14

15

16

**About Four Seasons Hotel Dallas, Irving**

17

**Location.**
Surrounded by 400 acres of rolling hills, Four Seasons Hotel Dallas is 13 miles from **downtown Dallas**, 13.5 miles from the **Dallas Arts District**, and 16 miles from **Cowboys Stadium.**

**Guestrooms.**
Guestrooms feature balconies or patios with golf-course views. Beds are layered with luxury linens. Flat-panel TVs come with premium channels and DVD players. Wireless and/or wired high-speed Internet access is available. Large marble bathrooms include deep soaking tubs, separate showers, thick terry robes, and designer bath products. Turndown service is provided each evening. All guestrooms are nonsmoking.

18

**Hotel Features.**
This luxury resort is home to an 18-hole, par-70 championship golf course. The resort's main pool covers approximately 25,000 square feet in a winding, vine-like shape. Guests can swim laps in the indoor pool. A children's pool is also on site. A full-service, European-style day spa features 16 treatment rooms, a relaxation area, spa cuisine, and an outdoor spa pool. Other highlights include 12 indoor and outdoor tennis courts, and five restaurants and lounges.

19

20

21

22

23

24

25

26

27

28

7

1
2
3
4
5
6
7
8
9

**Key facts**

**Size**

- 431 rooms
- Arranged over 9 floors

**Arriving/leaving**

💬 95% of customers were happy with check-in

- Check-in time 3 PM-1:00 AM
- Check-out time is noon
- Express check-in/out

**Required at check-in**

- Credit card or cash deposit required
- Government-issued photo ID required
- Minimum check-in age is 21

10

## At the resort

| | |
|---|---|
| **Taking the kids?** | Children's club (surcharge)  \| Supervised childcare/activities (surcharge) |
| **Food and drink** | Buffet breakfast daily (surcharge)  \| 3 restaurants  \| Bar/lounge  \| Coffee shop/café  \| Snack bar/deli  \| Poolside bar  \| 24-hour room service  \| Coffee/tea in a common area |
| **Things to do** | Fitness classes on site  \| Basketball on site  \| Golf lessons on site  \| Golf driving range on site  \| Golfing on site  \| Pilates classes on site  \| Playground on site  \| Racquetball/squash on site  \| Tennis lessons on site  \| Volleyball on site  \| Yoga classes/instruction on site  \| Hiking/biking trails nearby  \| Mountain biking nearby  \| Scooter/moped rentals nearby  \| Water skiing nearby  \| Windsurfing nearby |
| **Working away** | Business center  \| Conference space  \| Meeting rooms  \| Conference space size (feet) - 41000  \| Conference space size (meters) - 3809  \| Conference center  \| Computer station |
| **Services** | 24-hour front desk  \| Concierge services  \| Tours/ticket assistance  \| Limo or Town Car service available  \| Dry cleaning/laundry service  \| Laundry facilities  \| Hair salon  \| Free newspapers in lobby  \| Luggage storage  \| Wedding services  \| Multilingual staff  \| Porter/bellhop |
| **Facilities** | Number of buildings/towers - 6  \| Year Built 1986  \| Elevator/lift  \| ATM/banking  \| Safe-deposit box at front desk  \| Picnic area  \| Television in common areas |
| **Accessibility** | Accessible bathroom  \| In-room accessibility  \| Roll-in shower |
| **Languages Spoken** | English  \| French  \| Spanish |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## In the apartment

| | |
|---|---|
| **Home comforts** | In-room climate control (air conditioning)   \|   Air conditioning   \|   Minibar   \|   Coffee/tea maker   \|   Bathrobes   \|   Slippers   \|   Iron/ironing board |
| **Sleep well** | Hypo-allergenic bedding available   \|   Turndown service   \|   Premium bedding |
| **Things to enjoy** | In-room massage available   \|   Patio |
| **Freshen up** | Private bathroom   \|   Deep soaking bathtub   \|   Designer toiletries   \|   Hair dryer |
| **Be entertained** | Flat-screen TV   \|   Pay movies   \|   Premium TV channels   \|   DVD player   \|   Video-game console |
| **Stay connected** | Desk   \|   Free newspaper   \|   Free WiFi   \|   Free local calls |
| **Food and drink** | Refrigerator |
| **More** | Daily housekeeping   \|   In-room safe |

## Four Seasons Hotel Dallas, Irving's small print

**Also known as**

- Dallas Four Seasons Hotel
- Four Seasons Dallas Irving
- See more

**Policies**

Guests under 16 years old are not allowed in the spa tub.

Guests under 12 years old are not allowed in the spa.

Reservations are required for golf tee times and can be made by contacting the property before arrival at the number on the booking confirmation.

**Mandatory fees**

You'll be asked to pay the following charges at check in or check out:

- Resort fee: USD 33.35 per accommodation, per night

Resort fee inclusions:

- Pool access
- Spa access (may be limited)
- See more

Inclusions may be listed elsewhere on the page as free or for a surcharge.

**Optional extras**

Self parking costs USD 20 per night

Valet parking costs USD 29 per night

Rollaway beds are available for USD 25.0 per night

Breakfast costs between USD 12 and USD 26 per person (approximately)

Children's club access is available for an extra charge

Babysitting/childcare is available for an extra charge

Pets are allowed for an extra charge of USD 75 per pet, per stay

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28









### Signature Room, 2 Double Beds, Tower

**2 Double Beds**
Features a private patio

**Relax** - In-room massage available
**Internet** - Free WiFi
**Entertainment** - Flat screen TV with premium channels and pay movies
**Food & Drink** - Refrigerator, minibar, coffee/tea maker, and 24-hour room service
**Sleep** - Premium bedding and turndown service
**Bathroom** - Private bathroom, deep soaking bathtub and separate shower
**Practical** - Free local calls, safe, and free newspaper; rollaway/extra beds and free cribs/infant beds available on request
**Comfort** - Air conditioning and daily housekeeping
Smoking/Non Smoking

**Sleeps 2 people** (including up to 1 child)
**Bed choices**
- 2 Double Beds
**Extra beds available**
- Crib • Rollaway bed

More Info: 866-539-8117

#### Details

| | | |
|---|---|---|
| Air conditioning | Free toiletries | Phone |
| Bathrobes | Free WiFi | Premium bedding |
| Cable TV service | Hair dryer | Premium TV channels |
| Coffee/tea maker | Hypo-allergenic bedding available | Private bathroom |
| Daily housekeeping | In-room climate control (air conditioning) | Refrigerator |
| Deep soaking bathtub | In-room massage available | Rollaway/extra beds (surcharge) |
| Designer toiletries | In-room safe | Room service (24 hours) |
| Desk | Iron/ironing board | Separate bathtub and shower |
| DVD player | Minibar | Slippers |
| Flat-panel TV | Number of bathrooms - 1 | Turndown service |
| Free cribs/infant beds | Patio | Video-game console |
| Free local calls | Pay movies | |
| Free newspaper | | |

### Room, 2 Double Beds (Villa)

**Sleeps 3 people** (including up to 2 children)
**Bed choices**
- 2 Double Beds
**Extra beds available**
- Crib • Rollaway bed

More Info: 866-539-8117

**2 Double Beds**
Features a private patio

**Relax** - In-room massage available
**Internet** - Free WiFi
**Entertainment** - Flat-screen TV with premium channels and pay movies
**Food & Drink** - Refrigerator, minibar, coffee/tea maker, and 24-hour room service
**Sleep** - Premium bedding and turndown service
**Bathroom** - Private bathroom, deep soaking bathtub and separate shower
**Practical** - Free local calls, safe, and free newspaper; rollaway/extra beds and free cribs/infant beds available on request
**Comfort** - Air conditioning and daily housekeeping
Smoking/Non Smoking

#### Details

| | | |
|---|---|---|
| Air conditioning | Free toiletries | Phone |
| Bathrobes | Free WiFi | Premium bedding |
| Cable TV service | Hair dryer | Premium TV channels |
| Coffee/tea maker | Hypo-allergenic bedding available | Private bathroom |
| Daily housekeeping | In-room climate control (air conditioning) | Refrigerator |
| Deep soaking bathtub | In-room massage available | Rollaway/extra beds (surcharge) |
| Designer toiletries | In-room safe | Room service (24 hours) |
| Desk | Iron/ironing board | Separate bathtub and shower |
| DVD player | Minibar | Slippers |
| Flat-panel TV | Number of bathrooms - 1 | Turndown service |
| Free cribs/infant beds | Patio | Video-game console |
| Free local calls | Pay movies | |
| Free newspaper | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**Room, 2 Double Beds, Accessible (Villa)**

**2 Double Beds**
Features a private patio

**Relax** - In-room massage available
**Internet** - Free WiFi
**Entertainment** - Flat-screen TV with premium channels and pay movies
**Food & Drink** - Refrigerator, minibar, coffee/tea maker, and 24-hour room service
**Sleep** - Premium bedding and turndown service
**Bathroom** - Private bathroom, deep soaking bathtub and separate shower
**Practical** - Free local calls, safe, and free newspaper, rollaway/extra beds and free cribs/infant beds available on request
**Comfort** - Air conditioning and daily housekeeping
Smoking/Non Smoking

**Sleeps 3 people** (including up to 2 children)
**Bed choices**
- 2 Double Beds
**Extra beds available**
- Crib • Rollaway bed

More Info: 866-539-6117

**Details**
- Air conditioning
- Bathrobes
- Cable TV service
- Coffee/tea maker
- Daily housekeeping
- Deep soaking bathtub
- Designer toiletries
- Desk
- DVD player
- Flat-panel TV
- Free cribs/infant beds
- Free local calls
- Free newspaper
- Free toiletries
- Free WiFi
- Hair dryer
- Hypo-allergenic bedding available
- In-room climate control (air conditioning)
- In-room massage available
- In-room safe
- Iron/ironing board
- Minibar
- Number of bathrooms - 1
- Patio
- Pay movies
- Phone
- Premium bedding
- Premium TV channels
- Private bathroom
- Refrigerator
- Rollaway/extra beds (surcharge)
- Room service (24 hours)
- Separate bathtub and shower
- Slippers
- Turndown service
- Video game console

**Room, 1 King Bed (Villa)**

**Sleeps 3 people** (including up to 2 children)
**Bed choices**
- 1 King Bed
**Extra beds available**
- Crib • Rollaway bed

More Info: 866-539-6117

**1 King Bed**
Features a private patio

**Relax** - In-room massage available
**Internet** - Free WiFi
**Entertainment** - Flat-screen TV with premium channels and pay movies
**Food & Drink** - Refrigerator, minibar, coffee/tea maker, and 24-hour room service
**Sleep** - Premium bedding and turndown service
**Bathroom** - Private bathroom, deep soaking bathtub and separate shower
**Practical** - Free local calls, safe, and free newspaper, rollaway/extra beds and free cribs/infant beds available on request
**Comfort** - Air conditioning and daily housekeeping
Smoking/Non Smoking

**Details**
- Air conditioning
- Bathrobes
- Cable TV service
- Coffee/tea maker
- Daily housekeeping
- Deep soaking bathtub
- Designer toiletries
- Desk
- DVD player
- Flat-panel TV
- Free cribs/infant beds
- Free local calls
- Free newspaper
- Free toiletries
- Free WiFi
- Hair dryer
- Hypo-allergenic bedding available
- In-room climate control (air conditioning)
- In-room massage available
- In-room safe
- Iron/ironing board
- Minibar
- Number of bathrooms - 1
- Patio
- Pay movies
- Phone
- Premium bedding
- Premium TV channels
- Private bathroom
- Refrigerator
- Rollaway/extra beds (surcharge)
- Room service (24 hours)
- Separate bathtub and shower
- Slippers
- Turndown service
- Video game console

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



### Room, 1 King Bed, Accessible (Villa)

**Sleeps 3 people** (including up to 2 children)
**Bed choices**
- 1 King Bed

**Extra beds available**
- Crib • Rollaway bed

More Info: 866-539-8117

**1 King Bed**
Features a private patio

**Relax** - In-room massage available
**Internet** - Free WiFi
**Entertainment** - Flat-screen TV with premium channels and pay movies
**Food & Drink** - Refrigerator, minibar, coffee/tea maker, and 24-hour room service
**Sleep** - Premium bedding and turndown service
**Bathroom** - Private bathroom, deep soaking bathtub and separate shower
**Practical** - Free local calls, safe, and free newspaper; rollaway/extra beds and free cribs/infant beds available on request
**Comfort** - Air conditioning and daily housekeeping
Smoking/Non Smoking

**Details**
- Air conditioning
- Bathrobes
- Cable TV service
- Coffee/tea maker
- Daily housekeeping
- Deep soaking bathtub
- Designer toiletries
- Desk
- DVD player
- Flat-panel TV
- Free cribs/infant beds
- Free local calls
- Free newspaper
- Free toiletries
- Free WiFi
- Hair dryer
- Hypo-allergenic bedding available
- In-room climate control (air conditioning)
- In-room massage available
- In-room safe
- Iron/ironing board
- Minibar
- Number of bathrooms - 1
- Patio
- Pay movies
- Phone
- Premium bedding
- Premium TV channels
- Private bathroom
- Refrigerator
- Rollaway/extra beds (surcharge)
- Room service (24 hours)
- Separate bathtub and shower
- Slippers
- Turndown service
- Video-game console

### Room, 1 King Bed, Corner (Tower)

Guestroom [1/2]

**1 King Bed**
Features a private patio

**Relax** - In-room massage available
**Internet** - Free WiFi
**Entertainment** - Flat-screen TV with premium channels and pay movies
**Food & Drink** - Refrigerator, minibar, coffee/tea maker, and 24-hour room service
**Sleep** - Premium bedding and turndown service
**Bathroom** - Private bathroom, deep soaking bathtub and separate shower
**Practical** - Free local calls, safe, and free newspaper; rollaway/extra beds and free cribs/infant beds available on request
**Comfort** - Air conditioning and daily housekeeping
Smoking/Non Smoking

**Sleeps 3 people** (including up to 2 children)
**Bed choices**
- 1 King Bed

**Extra beds available**
- Crib • Rollaway bed

More Info: 866-539-8117

**Details**
- Air conditioning
- Bathrobes
- Cable TV service
- Coffee/tea maker
- Daily housekeeping
- Deep soaking bathtub
- Designer toiletries
- Desk
- DVD player
- Flat-panel TV
- Free cribs/infant beds
- Free local calls
- Free newspaper
- Free toiletries
- Free WiFi
- Hair dryer
- Hypo-allergenic bedding available
- In-room climate control (air conditioning)
- In-room massage available
- In-room safe
- Iron/ironing board
- Minibar
- Number of bathrooms - 1
- Patio
- Pay movies
- Phone
- Premium bedding
- Premium TV channels
- Private bathroom
- Refrigerator
- Rollaway/extra beds (surcharge)
- Room service (24 hours)
- Separate bathtub and shower
- Slippers
- Turndown service
- Video-game console

14

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



### Premier Room, 1 King Bed, Golf View

**Sleeps 3 people** (including up to 2 children)

**Bed choices**
- 1 King Bed

**Extra beds available**
- Crib • Rollaway bed

More Info: 866-539-8117

**1 King Bed**
Patio with golf course views

**Relax** - In-room massage available
**Internet** - Free WiFi
**Entertainment** - Flat-screen TV with premium channels and pay movies
**Food & Drink** - Refrigerator, minibar, coffee/tea maker, and 24-hour room service
**Sleep** - Premium bedding and turndown service
**Bathroom** - Private bathroom, deep soaking bathtub and separate shower
**Practical** - Free local calls, safe, and free newspaper, rollaway/extra beds and free cribs/infant beds available on request
**Comfort** - Air conditioning and daily housekeeping
Smoking/Non Smoking

#### Details
- Air conditioning
- Bathrobes
- Cable TV service
- Coffee/tea maker
- Daily housekeeping
- Deep soaking bathtub
- Designer toiletries
- Desk
- DVD player
- Flat-panel TV
- Free cribs/infant beds
- Free local calls
- Free newspaper
- Free toiletries
- Free WiFi
- Hair dryer
- Hypo-allergenic bedding available
- In-room climate control (air conditioning)
- In-room massage available
- In-room safe
- Iron/ironing board
- Minibar
- Number of bathrooms - 1
- Patio
- Pay movies
- Phone
- Premium bedding
- Premium TV channels
- Private bathroom
- Refrigerator
- Rollaway/extra beds (surcharge)
- Room service (24 hours)
- Separate bathtub and shower
- Slippers
- Turndown service
- Video-game console

### Premier Room (Villa)

**1 King Bed**
Features a private patio

**Relax** - In-room massage available
**Internet** - Free WiFi
**Entertainment** - Flat-screen TV with premium channels and pay movies
**Food & Drink** - Refrigerator, minibar, coffee/tea maker, and 24-hour room service
**Sleep** - Premium bedding and turndown service
**Bathroom** - Private bathroom, deep soaking bathtub and separate shower
**Practical** - Free local calls, safe, and free newspaper, rollaway/extra beds and free cribs/infant beds available on request
**Comfort** - Air conditioning and daily housekeeping
Smoking/Non Smoking

**Sleeps 3 people** (including up to 2 children)

**Bed choices**
- 1 King Bed

**Extra beds available**
- Crib • Rollaway bed

More Info: 866-539-8117

#### Details
- Air conditioning
- Bathrobes
- Cable TV service
- Coffee/tea maker
- Daily housekeeping
- Deep soaking bathtub
- Designer toiletries
- Desk
- DVD player
- Flat-panel TV
- Free cribs/infant beds
- Free local calls
- Free newspaper
- Free toiletries
- Free WiFi
- Hair dryer
- Hypo-allergenic bedding available
- In-room climate control (air conditioning)
- In-room massage available
- In-room safe
- Iron/ironing board
- Minibar
- Number of bathrooms - 1
- Patio
- Pay movies
- Phone
- Premium bedding
- Premium TV channels
- Private bathroom
- Refrigerator
- Rollaway/extra beds (surcharge)
- Room service (24 hours)
- Separate bathtub and shower
- Slippers
- Turndown service
- Video-game console

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Room, 2 Double Beds, Pool View (Villa)

**Sleeps 4 people** (including up to 2 children)

**Bed choices**
- 2 Double Beds

**Extra beds available**
- Crib • Rollaway bed

More Info: 866-539-8117

**2 Double Beds**
Patio with pool views

**Relax** - In-room massage available
**Internet** - Free WiFi
**Entertainment** - Flat-screen TV with premium channels and pay movies
**Food & Drink** - Refrigerator, minibar, coffee/tea maker, and 24-hour room service
**Sleep** - Premium bedding and turndown service
**Bathroom** - Private bathroom, deep soaking bathtub and separate shower
**Practical** - Free local calls, safe, and free newspaper; rollaway/extra beds and free cribs/infant beds available on request
**Comfort** - Air conditioning and daily housekeeping
Smoking/Non Smoking

### Details

- Air conditioning
- Bathrobes
- Cable TV service
- Coffee/tea maker
- Daily housekeeping
- Deep soaking bathtub
- Designer toiletries
- Desk
- DVD player
- Flat-panel TV
- Free cribs/infant beds
- Free local calls
- Free newspaper
- Free toiletries
- Free WiFi
- Hair dryer
- Hypo-allergenic bedding available
- In-room climate control (air conditioning)
- In-room massage available
- In-room safe
- Iron/ironing board
- Minibar
- Number of bathrooms - 1
- Patio
- Pay movies
- Phone
- Premium bedding
- Premium TV channels
- Private bathroom
- Refrigerator
- Rollaway/extra beds (surcharge)
- Room service (24 hours)
- Separate bathtub and shower
- Slippers
- Turndown service
- Video-game console

## Room, 1 King Bed, Pool View (Villa)

**Sleeps 3 people** (including up to 2 children)

**Bed choices**
- 1 King Bed

**Extra beds available**
- Crib • Rollaway bed

More Info: 866-539-8117

**1 King Bed**
Patio with pool views

**Relax** - In-room massage available
**Internet** - Free WiFi
**Entertainment** - Flat-screen TV with premium channels and pay movies
**Food & Drink** - Refrigerator, minibar, coffee/tea maker, and 24-hour room service
**Sleep** - Premium bedding and turndown service
**Bathroom** - Private bathroom, deep soaking bathtub and separate shower
**Practical** - Free local calls, safe, and free newspaper; rollaway/extra beds and free cribs/infant beds available on request
**Comfort** - Air conditioning and daily housekeeping
Smoking/Non Smoking

### Details

- Air conditioning
- Bathrobes
- Cable TV service
- Coffee/tea maker
- Daily housekeeping
- Deep soaking bathtub
- Designer toiletries
- Desk
- DVD player
- Flat-panel TV
- Free cribs/infant beds
- Free local calls
- Free newspaper
- Free toiletries
- Free WiFi
- Hair dryer
- Hypo-allergenic bedding available
- In-room climate control (air conditioning)
- In-room massage available
- In-room safe
- Iron/ironing board
- Minibar
- Number of bathrooms - 1
- Patio
- Pay movies
- Phone
- Premium bedding
- Premium TV channels
- Private bathroom
- Refrigerator
- Rollaway/extra beds (surcharge)
- Room service (24 hours)
- Separate bathtub and shower
- Slippers
- Turndown service
- Video-game console

16



**Four Seasons, Executive Suite, 1 King Bed**

**Sleeps 4 people** (including up to 2 children)
**Bed choices**
- 1 King Bed
**Extra beds available**
- Crib • Rollaway bed

More Info: 866-539-8117

**1 King Bed**
Features a private patio

**Relax** - In-room massage available
**Internet** - Free WiFi
**Entertainment** - Flat-screen TV with premium channels and pay movies
**Food & Drink** - Refrigerator, minibar, coffee/tea maker, and 24-hour room service
**Sleep** - Premium bedding and turndown service
**Bathroom** - Private bathroom, deep soaking bathtub and separate shower
**Practical** - Free local calls, safe, and free newspaper, rollaway/extra beds and free cribs/infant beds available on request
**Comfort** - Air conditioning and daily housekeeping
Smoking/Non Smoking

**Details**
- Air conditioning
- Bathrobes
- Cable TV service
- Coffee/tea maker
- Daily housekeeping
- Deep soaking bathtub
- Designer toiletries
- Desk
- DVD player
- Flat-panel TV
- Free cribs/infant beds
- Free local calls
- Free newspaper

- Free toiletries
- Free WiFi
- Hair dryer
- Hypo-allergenic bedding available
- In-room climate control (air conditioning)
- In-room massage available
- In-room safe
- Iron/ironing board
- Minibar
- Number of bathrooms - 1
- Patio
- Pay movies

- Phone
- Premium bedding
- Premium TV channels
- Private bathroom
- Refrigerator
- Rollaway/extra beds (surcharge)
- Room service (24 hours)
- Separate bathtub and shower
- Slippers
- Turndown service
- Video-game console



**Villa, 1 King Bed**

Guestroom  [1/3]

**Sleeps 4 people** (including up to 3 children)
**Bed choices**
- 1 King Bed
**Extra beds available**
- Crib • Rollaway bed

More Info: 866-539-8117

**1 King Bed**
Features a private patio

**Relax** - In-room massage available
**Internet** - Free WiFi
**Entertainment** - Flat-screen TV with premium channels and pay movies
**Food & Drink** - Refrigerator, minibar, coffee/tea maker, and 24-hour room service
**Sleep** - Premium bedding and turndown service
**Bathroom** - Private bathroom, deep soaking bathtub and separate shower
**Practical** - Free local calls, safe, and free newspaper, rollaway/extra beds and free cribs/infant beds available on request
**Comfort** - Air conditioning and daily housekeeping
Smoking/Non Smoking

**Details**
- Air conditioning
- Bathrobes
- Cable TV service
- Coffee/tea maker
- Daily housekeeping
- Deep soaking bathtub
- Designer toiletries
- Desk
- DVD player
- Flat-panel TV
- Free cribs/infant beds
- Free local calls
- Free newspaper

- Free toiletries
- Free WiFi
- Hair dryer
- Hypo-allergenic bedding available
- In-room climate control (air conditioning)
- In-room massage available
- In-room safe
- Iron/ironing board
- Minibar
- Number of bathrooms - 1
- Patio
- Pay movies

- Phone
- Premium bedding
- Premium TV channels
- Private bathroom
- Refrigerator
- Rollaway/extra beds (surcharge)
- Room service (24 hours)
- Separate bathtub and shower
- Slippers
- Turndown service
- Video-game console

17

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



### Villa, 1 Bedroom, Accessible

Guestroom [1/2]

Sleeps 4 people (including up to 3 children)
**Bed choices**
- 1 King Bed

**Extra beds available**
- Crib ▪ Rollaway bed

More Info: 866-539-8117

**1 King Bed**
Features a private patio

**Relax** - In-room massage available
**Internet** - Free WiFi
**Entertainment** - Flat-screen TV with premium channels and pay movies
**Food & Drink** - Refrigerator, minibar, coffee/tea maker, and 24-hour room service
**Sleep** - Premium bedding and turndown service
**Bathroom** - Private bathroom, deep soaking bathtub and separate shower
**Practical** - Free local calls, safe, and free newspaper; rollaway/extra beds and free cribs/infant beds available on request
**Comfort** - Air conditioning and daily housekeeping
Smoking/Non Smoking

**Details**
- Air conditioning
- Bathrobes
- Cable TV service
- Coffee/tea maker
- Daily housekeeping
- Deep soaking bathtub
- Designer toiletries
- Desk
- DVD player
- Flat-panel TV
- Free cribs/infant beds
- Free local calls
- Free newspaper
- Free toiletries
- Free WiFi
- Hair dryer
- Hypo-allergenic bedding available
- In-room climate control (air conditioning)
- In-room massage available
- In-room safe
- Iron/ironing board
- Minibar
- Number of bathrooms - 1
- Patio
- Pay movies
- Phone
- Premium bedding
- Premium TV channels
- Private bathroom
- Refrigerator
- Rollaway/extra beds (surcharge)
- Room service (24 hours)
- Separate bathtub and shower
- Slippers
- Turndown service
- Video-game console

### Premier Suite, 1 King Bed, Tower (Bymorrish)

Sleeps 4 people (including up to 3 children)
**Bed choices**
- 1 King Bed

**Extra beds available**
- Crib ▪ Rollaway bed

More Info: 866-539-8117

**1 King Bed**
Features a private patio

**Relax** - In-room massage available
**Internet** - Free WiFi
**Entertainment** - Flat-screen TV with premium channels and pay movies
**Food & Drink** - Refrigerator, minibar, coffee/tea maker, and 24-hour room service
**Sleep** - Premium bedding and turndown service
**Bathroom** - Private bathroom, deep soaking bathtub and separate shower
**Practical** - Free local calls, safe, and free newspaper; rollaway/extra beds and free cribs/infant beds available on request
**Comfort** - Air conditioning and daily housekeeping
Smoking/Non Smoking

**Details**
- Air conditioning
- Bathrobes
- Cable TV service
- Coffee/tea maker
- Daily housekeeping
- Deep soaking bathtub
- Designer toiletries
- Desk
- DVD player
- Flat-panel TV
- Free cribs/infant beds
- Free local calls
- Free newspaper
- Free toiletries
- Free WiFi
- Hair dryer
- Hypo-allergenic bedding available
- In-room climate control (air conditioning)
- In-room massage available
- In-room safe
- Iron/ironing board
- Minibar
- Number of bathrooms - 1
- Patio
- Pay movies
- Phone
- Premium bedding
- Premium TV channels
- Private bathroom
- Refrigerator
- Rollaway/extra beds (surcharge)
- Room service (24 hours)
- Separate bathtub and shower
- Slippers
- Turndown service
- Video-game console





**ADA Deficiency:** (1) Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. (2) Insufficient dispersion of accessible rooms. *See* 2010 Standards for Accessibility Design @ 224.2.  Hotel has 431 rooms which requires it to provide 13 mobility accessible rooms dispersed as follows:

**224.5 Dispersion.** Guest rooms required to provide mobility features complying with 806.2 and guest rooms required to provide communication features complying with 806.3 shall be dispersed among the various classes of guest rooms, and shall provide choices of types of guest rooms, number of beds, and other amenities comparable to the choices provided to other guests. Where the minimum number of guest rooms required to comply with 806 is not sufficient to allow for complete dispersion, guest rooms shall be dispersed in the following priority: guest room type, number of beds, and amenities. At least one guest room required to provide mobility features complying with 806.2 shall also provide communication features complying with 806.3. Not more than 10 percent of guest rooms required to provide mobility features complying with 806.2 shall be used to satisfy the minimum number of guest rooms required to provide communication features complying with 806.3.

**Advisory 224.5 Dispersion.** Factors to be considered in providing an equivalent range of options may include, but are not limited to, room size, bed size, cost, view, bathroom fixtures such as hot tubs and spas, smoking and nonsmoking, and the number of rooms provided.

Of 18 categories of rooms, only 4 are allegedly accessible

**1ST PARTY BOOKING WEBSITE**
https://www.fourseasons.com/dallas/
**NO GENERAL ACCESSIBILITY INFORMATION**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20



**ADA Deficiency: ADA Deficiency:** (1) Failure to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. (2) Insufficient dispersion of accessible rooms.

21
22
23
24   **END**
25
26
27
28

RECEIVED

APR - 9 2019

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Peter Strojnik, Sr. | Extel Development Company dba Four Seasons Hotel Dallas |

| **(b)** County of Residence of First Listed Plaintiff    Maricopa, AZ | County of Residence of First Listed Defendant _____ |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Pro Se <br> 7847 N. Central Avenue Phoenix, AZ 85020 <br> 602-524-6602 | 319 - CV 0 8 7 0 - S |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question *(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant

☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff* *(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights <br> ☐ 830 Patent | ☐ 430 Banks and Banking <br> ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) <br> ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI <br> ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | | ☐ 891 Agricultural Acts <br> ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities - Other | **Other:** <br> ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights <br> ☐ 555 Prison Condition <br> ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 12101

Brief description of cause:
ADA

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. | DEMAND $ | CHECK YES only if demanded in complaint: <br> JURY DEMAND: ☒ Yes ☐ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | *(See instructions):* | JUDGE | DOCKET NUMBER |
|---|---|---|---|

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 4/4/2019 | |

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

JS 44 Reverse (Rev. 06/17)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
   United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
   United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
   Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
   Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
   Original Proceedings. (1) Cases which originate in the United States district courts.
   Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
   Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
   Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
   Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
   Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
   Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
   **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
   Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
   Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.



PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

♻ This envelope is made from post-consumer waste. Please recycle - again.

PRIORITY®
★ MAIL®

DATE C

USPS T

$ INSURA

PICKUP

* Domest

WHEN USED INTE
A CUSTOMS D
LABEL MAY BE

P S 0 0 0 0 1 0 0 0 0 1 4

New Case

RECEIVED-I
APR - 9 2019
MAILROOM

Peter Strojnik
2375 E. Camelback Road, Ste 600
Phoenix, Arizona 85016

United States District Court
Clerk's Office
1100 Commerce Street, Room 1452
Dallas, TX 75242

EP14F JULY 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES
POSTAL SERVICE®

EXPECTED DELIVERY DAY: 04/08/19

SHIP
TO:
1100 COMMERCE ST
STE 1452
DALLAS TX 75242-1310

C001

USPS TRACKING NUMBER

9505 5126 8089 9094 2821 20

PRIORITY MAIL 2-Day®

0 Lb 15.80 Oz

1004

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service: July 2013; All rights reserved.

**PRIORITY**
**★ MAIL ★**

Retail

US POSTAGE PAID

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT™

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

● Domestic only. ◢ For international shipments, the maximum weight is 4 lbs.



X-RAY

**UNITED STATES**
**POSTAL SERVICE** ®



TRACKED
★ ★ ★
INSURED™